# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JAIME ROLLE, as the Natural Parent of K.R., a Minor,**

      Plaintiff,

v.   Case No.   6:23-cv-1950-ACC-RMN

**CITY OF ORLANDO, SERGIO RAMOS, DOUGLAS ANDREACCHI, ORLANDO ROLON, and DENNIS TURNER,**

      Defendants.

## PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Plaintiff Jaime Rolle, as the Natural Parent of K.R., a Minor, submits this Notice to the Court that Plaintiff served her Initial Disclosures upon defense counsel on December 15, 2023.

      Respectfully submitted,

      */s/ Justin S. Abbarno*
      Justin S. Abbarno
      State Bar No. 1027968
      Robert F. DiCello
      Admitted *Pro Hac Vice* [ECF No. 22]
      **DiCELLO LEVITT LLP**
      8160 Norton Parkway, Third Floor
      Mentor, Ohio  44060
      Tel.:  (440) 953-8888
      Fax:  (440) 953-9138
      jabbarno@dicellolevitt.com
      rfdicello@dicellolevitt.com
      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide copies to the court's designated recipients.

                                        */s/ Justin S. Abbarno*
                                        Justin S. Abbarno
                                        State Bar No. 1027968