**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

6:23-cv-1950-ACC-RMN

JAIME ROLLE, as the Natural Parent
of K.R., a Minor,

**PLAINTIFF(S)**
V.

CITY OF ORLANDO, et al.

**DEFENDANT(S)**
_____/

**MEDIATION DISPOSITION REPORT**

A Mediation conference was conducted on 1/30/2025 . The conference resulted in the following:

   ✓ The parties reached an agreement.
   ✓ The parties did not reach an agreement.
   ___ The conference has been adjourned.
   ___ Other

Dated 1/30/2025

*[signature]*
Respectfully submitted,
**Donna Doyle, Mediator**
Mediator # **5696R**
200 E. Robinson Street Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Toll-Free: 800-851-9173
Fax: 407-649-8698