# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JAIME ROLLE, Individually and as
the Natural Parent of K.R., a Minor,

    Plaintiffs,

v.                                                         Case No.     6:23-cv-1950-ACC-RMN

CITY OF ORLANDO, SERGIO
RAMOS, DOUGLAS
ANDREACCHI, ORLANDO
ROLON, and DENNIS TURNER,

    Defendants.

---

**JOINT MOTION TO CONTINUE PRETRIAL DEADLINES PENDING
RULINGS ON THE PENDING DISPOSITIVE AND *DAUBERT* MOTIONS**

Dated: April 25, 2025

Plaintiff, JAIME ROLLE, and Defendants CITY OF ORLANDO, ORLANDO ROLON, SERGIO RAMOS, DOUGLAS ANDREACCHI, and DENNIS TURNER (collectively, the "Parties"), by and through their respective undersigned counsel, hereby jointly move this Court to continue the presently scheduled pretrial deadlines, including the Meeting in Person to Prepare the Joint Final Pretrial Statement, Joint Final Pretrial Statement, Trial Briefs, and All Other Motions Including Motions *In Limine* pending this Court's rulings on the pending dispositive and *Daubert* motions.

In support thereof, the Parties state the following good cause exists to grant their motion.

1. Defendants City of Orlando, Orlando Rolon, Sergio Ramos, Douglas Andreacchi, and Dennis Turner each filed motions for summary judgment on February 3, 2025. (Doc. 89; 90; 92).

2. Also on February 3, 2025, Defendants City of Orlando and Orlando Rolon filed a *Daubert* Motion to exclude opinions of Plaintiff expert Louis Dekmar (Doc. 91).

3. Thereafter, the Court granted Plaintiff an extension to respond to the aforementioned dispositive and *Daubert* motions until March 17, 2025. (Doc. 99).

4. On March 4, 2025, Defendants City of Orlando and Orlando Rolon filed a motion to strike the supplemental / rebuttal opinions of Plaintiff expert Louis Dekmar. (Doc. 109).

5. Plaintiff filed her memoranda in opposition to each of Defendants' respective motions on March 16 and March 17, 2025. (Doc. 111; 112; 113; 114).

6. On March 18, 2025, Plaintiff filed her memorandum in opposition to Defendants City of Orlando and Orlando Rolon. (Doc. 115).

7. On March 31, 2025, Defendants City of Orlando, Orlando Rolon, Dennis Turner, Douglas Andreacchi, and Sergio Ramos filed their respective reply briefs in support of their respective motions for summary judgment. (Doc. 118; 119; 121).

8. Each of the aforementioned dispositive and *Daubert* motions are currently pending before the Court.

9. By the terms of the Court's Scheduling Order (Doc. 58), the Parties are currently required to meet the following pretrial deadlines:

- All Other Motions Including Motions *In Limine*: **May 2, 2025**
- Meeting in Person to Prepare the Joint Final Pretrial Statement: **July 3, 2025**
- Joint Final Pretrial Statement: **July 17, 2025**
- Trial Briefs: **July 17, 2025**

10. Pursuant to Federal Rule of Civil Procedure 16(b), the Court's Scheduling Order may be modified for good cause shown and with the judge's consent.

11. Where dispositive motions for summary judgment remain pending, good cause to continue a pretrial exists. *Hillcrest Property, LLP v. Pasco County*, 8:10-cv-819-t-23TBM (M.D. Fla. June 23, 2016), attached as Exhibit 1.

12. Good cause exists for the reasons that follow.

13. The preparation and filing of motions *in limine* will result in the expenditure of additional time, resources, and expenses on behalf of all Parties involved.

14. Further, should qualified immunity not be granted, Defendants submit the disputed issues would be immediately appealed, likely divesting the District Court of jurisdiction.

15. The Parties conferred regarding the upcoming motion *in limine* deadline and are in agreement that additional time, resources, and expenses can be saved for the Parties and the Court until such time that the Court has made a determination on the pending dispositive and *Daubert* motions.

16. For these reasons, it is in the interest of a just, efficient, and inexpensive determination of this action, to continue the presently scheduled pretrial deadlines pending this Court's rulings on the pending dispositive and *Daubert* motions.

17. This Motion is not interposed for the purpose of delay, but in a good faith effort to conserve the time and resources of the Parties and this Court.

WHEREFORE, the Parties respectfully request that this Court grant their Motion and continue the presently scheduled pretrial deadlines pending this Court's rulings on the pending dispositive and *Daubert* motions.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 25, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide copies to the court's designated recipients.

*/s/ Alyssa J. Flood (by consent)*
Alyssa J. Flood
Florida Bar No. 99755
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32892-2928
Tel:   407-422-4310
Fax:   407-684-0233
AFlood@drml-law.com
Attorneys for Defendants City of Orlando and Orlando Rolon

*/s/ Derek J. Angell (by consent)*
Fla. Bar No. 73449
dangell@ohalaw.com
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave, Ste. 1350
Orlando, Florida 32893
(407) 843-2100
*Attorney for Defendant Dennis Turner*

*/s/ Alexander J. Karden (by consent)*
Alexander J. Karden
Florida Bar No. 84380
Assistant City Attorney
P.O. Box 4990, 3rd Floor
Orlando, FL 32892-4990
Tel:   (407) 246-2295
Fax:   (407) 246-2854
akardenpleadings@orlando.gov
alexander.karden@cityoforlando.net
*Attorney for Defendants Sergio Ramos and Douglas Andreacchi*

*/s/ Justin S. Abbarno*
Justin S. Abbarno
State Bar No. 1027968
Robert F. DiCello
Admitted *pro hac vice*
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio  44060
Tel.:   (440) 953-8888
Fax:   (440) 953-9137
jabbarno@dicellolevitt.com
rfdicello@dicellolevitt.com

***Counsel for Plaintiff***