UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAIME ROLLE, individually and as the natural parent of K.R., a minor,

    Plaintiff,

vs.

CITY OF ORLANDO, a political Subdivision of the State of Florida, OFFICER DENNIS TURNER, OFFICER SERGIO RAMOS, SERGEANT DOUGLAS ANDREACCHI and POLICE CHIEF ORLANDO ROLON,

    Defendants,
_____/

Case No. 6:23-cv-1950

### DEFENDANT DENNIS TURNER'S NOTICE OF INTERLOCUTORY APPEAL

NOTICE IS HEREBY GIVEN that Defendant DENNIS TURNER appeals to the United States Court of Appeals for the Eleventh Circuit from the order entered in this 42 U.S.C. § 1983 action on August 15, 2025 (Doc. 127), which denied as a matter of law Defendant's motion for summary judgment asserting an entitlement to qualified immunity. This appeal is taken pursuant to 28 U.S.C. § 1291 and the collateral order doctrine. *E.g.*, *Mitchell v. Forsyth*, 472 U.S. 511 (1985).

Respectfully submitted this **12th** day of September, 2025, by:

*/s/ Derek J. Angell*
Derek J. Angell, Esq.
Fla. Bar No. 73449

1

dangell@ohalaw.com
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave, Ste. 1350
Orlando, Florida 32803
(407) 843-2100
*Attorney for Defendant Dennis Turner*

2