UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAIME ROLLE and K.R.,           CASE NO: 6:23-cv-1950-ACC-RMN

    Plaintiffs,

v.

CITY OF ORLANDO, SERGIO RAMOS, DOUGLAS ANDREACCHI, ORLANDO ROLON, and DENNIS TURNER,

    Defendants.
_____/

**DEFENDANT, ORLANDO ROLON'S**
**NOTICE OF WITHDRAWAL OF MOTION TO TAX FEES AND COSTS [DKT. 129]**

Defendant, ORLANDO ROLON (hereinafter "Rolon"), by and through undersigned counsel files this Notice of Withdrawal of his previously-filed Motion to Tax Fees and Costs and states as follows:

1. On August 15, 2025, this Court granted Motions for Summary Judgment filed by Defendants Rolon, the City of Orlando, Sergio Ramos, and Douglas Andreacchi. [Dkt. 127]. Subsequently, on August 29, 2025, Rolon filed his Motion to Tax Fees and Costs from the Plaintiffs. [Dkt. 129].

2. Since the filing of this Motion, these parties have amicably resolved all claims of the Plaintiffs against Defendants Ramos, Andreacchi, Rolon, and the City.

3. Accordingly, Defendant Rolon hereby respectfully withdraws his Motion to Tax Fees and Costs.

**I HEREBY CERTIFY** that on September 12, 2025, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a copy to all registered attorneys/parties to this suit.

*/s/ Joseph R. Flood, Jr.*
JOSEPH R. FLOOD, JR., ESQ.
Florida Bar No. 0361593
ALYSSA J. FLOOD, ESQ.
Florida Bar No. 99755
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310
Fax: 407-648-0233
JFlood@drml-law.com
AFlood@drml-law.com
Lesley@drml-law.com
Lily@drml-law.com
Attorneys for Defendants City of Orlando and Orlando Rolon