UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAIME ROLLE and K.R.,**

        **Plaintiffs,**

v.                                                              Case No.   6:23-cv-1950-ACC-RMN

**CITY OF ORLANDO, SERGIO RAMOS, DOUGLAS ANDREACCHI, ORLANDO ROLON, and DENNIS TURNER,**

        **Defendants.**

---

**ORDER**

This cause comes before the Court on review of the docket and the filing of an appellate mandate from the United State Courts of Appeals for the Eleventh Circuit dismissing Defendant Dennis Turner's appeal for lack of prosecution. The Clerk is **ORDERED** to lift the administrative closure of this case and **REOPEN** the file. Plaintiff and Defendant Turner are **ORDERED** to file a joint Case Management Report in accordance with the Court's Order (Doc. 133) on or before noon November 12, 2025. The parties need not provide discovery-related deadlines as those have passed.

- 2 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 3, 2025.

/s/ Anne C. Conway
Anne C. Conway
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties