**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAIME ROLLE AND K.R.,**

    Plaintiffs,

v.

Case No.: 6:23-cv-1950-ACC-RMN

**CITY OF ORLANDO, SERGIO RAMOS, DOUGLAS ANDREACCHI, ORLANDO ROLON, and DENNIS TURNER,**

    Defendants.

---

## ORDER

This cause comes before the Court on review of the docket. On November 18, 2025, the Clerk granted Defendant Dennis Turner's motion to reinstate his interlocutory appeal challenging the Court's order (Doc. 127) denying his motion for summary judgment on qualified immunity entitlement. (Doc. 140).

Accordingly, it is ordered as follows:

Based on the foregoing, it is ordered as follows:

1. This case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the conclusion of Defendant Dennis Turner's interlocutory appeal.

- 2 -

2. Following the outcome of the interlocutory appeal if the case needs to be reset for trial the parties **SHALL FILE** an Amended Case Management Report within 10 days following the issuance of the Mandate.

3. The Clerk is **DIRECTED** to stay and administratively close this case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 19, 2025.

/s/ Anne C. Conway
Anne C. Conway
United States District Judge

Copies furnished to:

Counsel of Record